# United States Court of Appeals
## For the First Circuit

No. 18-1519

UNITED STATES OF AMERICA,

Appellee,

v.

ANTHONY SEWARD,

Defendant, Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**ERRATA SHEET**

The opinion of this Court, and the dissenting opinion of Judge Lipez, issued together on July 28, 2020, are amended as follows:

On page 16, line, 15, replace "n.3" with "n.14."

On page 36, line 6, replace "note 3" with "note 14."

On page 38, footnote 18, replace "note 5" with "note 16."